# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GIROD TITLING TRUST

VERSUS

MICHAEL N. PITTMAN & AMY
SCHOULTZ PITTMAN

NO.  2023 CW 0475

**JULY 28,2023**

---

In Re:    Girod Titling Trust, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 2022-15611.

---

**BEFORE:   HOLDRIDGE, CHUTZ, AND PENZATO, JJ.**

   **WRIT DENIED.**

                              GH
                              WRC
                              AHP

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT